

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

gusenheimer@seyfarth.com
T (212) 218-3507

www.seyfarth.com

**MEMO ENDORSED**

November 18, 2019

**VIA ECF**
Hon. Katherine P. Failla
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Morales v. New York City Transit Authority et al.*,
               Case No. 1:19-cv-07061-KPF

Dear Judge Failla:

      We represent Defendants New York City Transit Authority and Manhattan and Bronx Surface Transit Operating Authority (collectively, "NYCTA") in this matter. We respectfully request that the court conference scheduled for Wednesday, November 20, 2019 (*see* ECF No. 14) be conducted at the bench, so that the undersigned – whose voice is currently affected by laryngitis – may be heard properly, or alternatively, that the court conference be adjourned to one of the following dates, or as soon thereafter as is convenient for the court: November 26 or 27, December 10, 11, 16, 17 (after 12:00 PM), 18 (before 12:00 PM), or 19, 2019.

      Plaintiff consents to this request. This is NYCTA's first request for an adjournment of a court conference, and the requested adjournment does not affect any other scheduled dates.

      Thank you for your consideration of this request.

                                                          Respectfully submitted,

                                                          */s/ Gena B. Usenheimer*

                                                           Gena B. Usenheimer

cc:    Arthur Schwartz (via ECF)
        Laine Armstrong (via ECF)

60285971v.1

Application GRANTED.  The pre-motion conference previously scheduled for November 20, 2019, is hereby ADJOURNED to **November 26, 2019 at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Dated: November 18, 2019
      New York, New York

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE