



**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

gusenheimer@seyfarth.com
T (212) 218-3507

www.seyfarth.com

August 26, 2020

**VIA ECF**
Hon. Katherine P. Failla
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *Morales v. New York City Transit et al.*, Case No. 1:19-cv-07061-KPF
     <u>Request for Extension to Respond to Second Amended Complaint</u>

Dear Judge Failla:

  We represent Defendants New York City Transit and Manhattan and Bronx Surface Transit Operating Authority (collectively, "NYCTA") in this matter.  Pursuant to Your Honor's Individual Rules of Practice, we respectfully request a thirty (30) day extension of time for NYCTA to respond to Plaintiff's Second Amended Complaint, through and including October 5, 2020, so that NYCTA need not prepare a response to the Second Amended Complaint while the parties are in the midst of resolving the case through settlement.  Plaintiff consents to this request.

  The original due date for NYCTA's response to the Second Amended Complaint is September 4, 2020.  This is Defendants' first request for an extension to respond to the Second Amended Complaint.

  This extension will not impact any other deadlines in this case.  The parties will provide a status update to the Court on or before September 15, 2020, per this Court's August 19, 2020 Memo Endorsement (*see* ECF No. 26).

  Thank you for your consideration of this request.

                Respectfully submitted,

                */s/ Gena B. Usenheimer*

                Gena B. Usenheimer

cc:  All counsel of record (via ECF)

Application GRANTED.  The Defendants' response to the Plaintiff's Second Amended Complaint is due by **October 5, 2020.**

Dated: August 26, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE