

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

gusenheimer@seyfarth.com
T (212) 218-3507

www.seyfarth.com

**MEMO ENDORSED**

September 29, 2020

**VIA ECF**
Hon. Katherine P. Failla
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Morales v. New York City Transit et al.*, Case No. 1:19-cv-07061-KPF

Dear Judge Failla:

    We represent Defendants New York City Transit Authority and Manhattan and Bronx Surface Transit Operating Authority (collectively, "NYCTA") in this matter.[1] Pursuant to Your Honor's Individual Rules of Practice, we respectfully request a fourteen (14) day extension of time for NYCTA to respond to Plaintiff's Second Amended Complaint, through and including October 19, 2020, as the parties continue to finalize settlement terms. Plaintiff consents to this request.

    The original due date for NYCTA's response to the Second Amended Complaint was September 4, 2020. This deadline was subsequently extended to October 5, 2020. *See* ECF No. 49. This is Defendants' second request for an extension to respond to the Second Amended Complaint. This extension will not impact any other deadlines in this case.

    Thank you for your consideration of this request.

                              Respectfully submitted,

                              */s/ Gena B. Usenheimer*

                              Gena B. Usenheimer

cc:    All counsel of record (via ECF)

---

[1] We are in the process of obtaining authorization to represent Individual Defendants Mathura, Hayes and Plaza.

Application GRANTED. The deadline for Defendants to respond to Plaintiff's Second Amended Complaint is hereby extended to **October 19, 2020**.

Dated:   September 29, 2020          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE